*In re* ENMIENDA A LA REGLA 5(5.7.1) DEL REGLAMENTO PARA LA ADMISIÓN DE ASPIRANTES AL EJERCICIO DE LA ABOGACÍA Y LA NOTARÍA.

*Número:* ER-2005-08          *Resuelto:* 8 de agosto de 2005

## RESOLUCIÓN

Al amparo del poder inherente de este Tribunal para regular la admisión y el ejercicio de la práctica de la abogacía y la notaría, y conforme con lo dispuesto en la Regla 15.4 del Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría de 1 de junio de 1998 (4 L.P.R.A. Ap. XVII-B), se enmienda la Regla 5(5.7.1) del citado reglamento, para que exprese lo siguiente:

(5.7.1) La solicitud de admisión al examen de reválida de Derecho General deberá ir acompañada de sellos de Rentas Internas por la cantidad de doscientos cincuenta dólares ($250) y la solicitud al examen de reválida de Derecho Notarial llevará sellos de rentas internas por la cantidad de doscientos dólares ($200).

Esta enmienda entrará en vigor inmediatamente.

*Publíquese.*

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados Señores Rebollo López y Fuster Berlingeri no intervinieron.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*